

# Missouri Court of Appeals
## Southern District

## MAY 28, 2015

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33485

      Re:    IN THE MATTER OF:
             D.C.R., a minor,
             RICHARD W. RUSSELL,
             Petitioner-Respondent,
             v.
             KELLY STUCKER,
             Respondent-Appellant,
             and HARLAN RUSSELL and VICKIE
             RUSSELL,
             Intervenors-Respondents.

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.    Case No.  SD33086

      Re:    STATE OF MISSOURI,
             Plaintiff-Respondent,
             v.
             JERMAINE C. PATE,
             Defendant-Appellant.